IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TIMOTHY WAYNE CHILTON,

      Petitioner,

v.                                      CASE NO. 5:11-cv-45-RH-GRJ

SECRETARY,
DEPT. OF CORRECTIONS,

      Respondent.

_____/

**O R D E R**

      This matter is before the Court on Doc. 34, Respondent's motion for an

extension of time to respond to the Petition.  Upon due consideration, it is **ORDERED:**

      1  That the motion for extension of time, Doc. 34, is **GRANTED**.  Respondent
shall respond to the Petition **on or before June 30, 2011.**

      2.  Petitioner shall have until **August 1, 2011**, to file a reply, if any.

      **DONE AND ORDERED** this 6th day of June 2011.


               *s / Gary R. Jones*
               GARY R. JONES
               United States Magistrate Judge